tive Assistant Attorney General, and *J. Milton Richardson* and *Howard M. Fender,* Assistant Attorneys General, for respondent.

No. 1507, Misc. ELLIOTT *v.* GLADDEN, WARDEN. Sup. Ct. Ore.

No. 1241, Misc. RICHARDSON *v.* NEW YORK. Ct. App. N. Y. *Samuel Gottlieb* for petitioner. *Aaron Nussbaum* for respondent.

No. 1288, Misc. McCOY *v.* FLORIDA. Sup. Ct. Fla. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *William D. Roth,* Assistant Attorney General.

No. 1410, Misc. STROTHER *v.* UNITED STATES. C. A. D. C. Cir. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 1595, Misc. PECE *v.* COX, WARDEN. C. A. 10th Cir.

No. 1601, Misc. DEAL *v.* CALIFORNIA ET AL. C. A. 9th Cir.

No. 1623, Misc. WADE *v.* YEAGER, WARDEN. C. A. 3d Cir.

No. 1636, Misc. GARDNER *v.* CALIFORNIA. Dist. Ct. App. Cal., 4th App. Dist.

No. 466, Misc. HAMILTON ET AL. *v.* NORTH CAROLINA. Sup. Ct. N. C. *Arthur Vann* for petitioners.

No. 544, Misc. SMITH *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept.

No. 577, Misc. LAINE *v.* CALIFORNIA. Sup. Ct. Cal.